This document was signed electronically on June 13, 2017, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: June 13, 2017



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-50005 |
| | ) | |
| | ) | IN PROCEEDINGS UNDER |
| Tamara L. Chaboudy, | ) | CHAPTER 13 |
| | ) | |
| Debtor(s). | ) | BANKRUPTCY JUDGE |
| | ) | ALAN M. KOSCHIK |

### ORDER FOR OBJECTION TO CLAIM NO. 14-1 OF
### KRISTEN M. SCALISE SUMMIT COUNTY FISCAL OFFICER

This matter came on the objection of the Debtor, Tamara L. Chaboudy to Claim No. 14-1 by Kristen M. Scalise Summit County Fiscal Officer. The Debtor has alleged that good cause for granting the Objection exists, all necessary parties were served with the Objection, and the Court being advised of the premises, and no objections were lodged.

The Chapter 13 proceeding for Thomas Chaboudy and Tamara Chaboudy were severed per the Order to Deconsolidate entered on January 3, 2017. Claim No. 14-1 by Kristen M. Scalise Summit County Fiscal Officer has been paid in full.

**It Is Therefore Ordered:**

1.	Claim No. 14-1 of Kristen M. Scalise Summit County Fiscal Officer in the amount of $4,744.72 is denied.

# # #

**SUBMITTED BY:**

/s/ David A. Mucklow
David A. Mucklow, (#0072875)
Attorney for Debtor
919 E. Turkeyfoot Lake Road
Akron, OH 44312
Phone (330) 896-8190
Fax (330) 896-8201
davidamucklow@yahoo.com

**APPROVED BY:**

/s/ Keith Rucinski
Keith Rucinski, Trustee (#0063137)
Joseph A. Ferrise, Staff Attorney (#0084477)
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

**SERVICE LIST:**

David A. Mucklow     davidamucklow@yahoo.com

Keith Rucinski     efilings@ch13akron.com

United States Trustee     (Registered address)@usdoj.gov

**Regular US mail to the following:**

Tamara Chaboudy
3963 Greenridge Dr.
Uniontown, OH 44685

Thomas Chaboudy
439 E. Caston Road
Akron, OH 44319

Milton C. Rankins, Assistant
Prosecuting Attorney
53 University Ave., 7th Floor
Akron, OH 44308


Kristen M. Scalise
Summit Count Fiscal Officer
175 S. Main St.
Akron, OH 44308